```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0052--CR (RRB)
                "USA V GLADE R. LUSK ET AL"
                    DEF 1.1 LUSK, GLADE R.

      Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  06/21/05
               Closed:  NO
    No. of Defendants:  2
       MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
     Needs interpreter: NO
     Counsel of record: John M. Murtagh
                        Law Office of John M. Murtagh
                        1101 W. 7th Avenue
                        Anchorage, AK 99501
                        907-274-8664
                        FAX 907-258-6419
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 1.1 LUSK, GLADE R.

Document            Count      Citation and Description                           Disposition
────────            ─────      ────────────────────────                           ───────────
    1 -    1 IND      1        21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A    Pending
                               CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F)

    1 -    1 IND      2        21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A    Pending
                               CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0052--CR (RRB)
                             "USA V GLADE R. LUSK ET AL"
                              DEF 2.1 O'CONNOR, MATTHEW J.

                 Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/21/05
             Closed:  NO
  No. of Defendants:  2
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: Robert M. Herz
                     425 G Street, Suite 600
                     Anchorage, AK 99501
                     907-277-7171
                     FAX 907-277-0281
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



  Counts re: DEF 2.1 O'CONNOR, MATTHEW J.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                    "USA V GLADE R. LUSK ET AL"

                                          For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 06/21/05
             Closed: NO
 No. of Defendants: 2


Document #   Filed      Docket text

NOTE -   1   06/21/05   [Re: DEF 1] Issued WOA.

NOTE -   2   06/21/05   [Re: DEF 2] Issued WOA.

   1 -   1   06/21/05   [Re: DEF 1-2] PLF 1 Indictment.

   2 -   1   06/21/05   [Re: DEF 1-2] JDR Grand Jury Minutes re Indt Secret; WOA to be issued re
                        D1 & D2; no bail set.

NOTE -   3   07/08/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/7/05.

NOTE -   4   07/08/05   [Re: DEF 2] USM Notice of Arrest; defendant arrested 7/7/05.

NOTE -   5   07/08/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

   3 -   1   07/08/05   [Re: DEF 1] USM Return of WOA executed 7/7/05.

   4 -   1   07/08/05   [Re: DEF 2] USM Return of WOA executed 7/7/05.

   5 -   1   07/11/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                        7/11/05); FPD to appoint CJA cnsl, FPD notified; def pleas not guilty to
                        cts 1 and 2 of the Indt; def detained; det hrg/cont arr on Indt set for
                        7/13/05 at 9:30 a.m.; cc: USA, FPD, USM, USPO, Judge Sedwick.

   6 -   1   07/11/05   [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                        7/11/05); FPD to appoint CJA cnsl, FPD notified; def detained; det
                        hrg/cont arr on indt set for 7/13/05 at 10:30 a.m.; cc: USA, FPD, USM,
                        USPO, Judge Sedwick.

   7 -   1   07/12/05   [Re: DEF 1] Financial Affidavit.

   8 -   1   07/12/05   [Re: DEF 1] JDR Order of Detention Pending Hearing set for 7/13/05 at
                        9:30 a.m. cc: USA, USM, USPO, FPD CJA Clerk

   9 -   1   07/12/05   [Re: DEF 2] Financial Affidavit.

  10 -   1   07/12/05   [Re: DEF 2] JDR Order of Detention Pending Hearing set for 7/13/05 at
                        10:30 a.m. cc: USA, USM, USPO, FPD CJA Clerk

  11 -   1   07/12/05   DEF 2 Attorney Appearance of R. Herz.

  12 -   1   07/13/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: cont arr on Indt
                        (held 7/13/05); det uncontested; ptms due 8/4/05; cnsl advised of trial
                        date.  cc: USA, J. MURTAGH, USM, USPO, Judge Sedwick

  13 -   1   07/13/05   [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet and
                        confer 7/14/05; ptms due 8/4/05.  cc: USA, J. MURTAGH

  14 -   1   07/13/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, J. MURTAGH,
                        USPO, USM
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                    "USA V GLADE R. LUSK ET AL"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 07/13/05 | [Re: DEF 2] JDR Court Minutes [ECR: Robin Carter] Re: cont arr on Indt (held 7/13/05); def plead not guilty to Cts 1&2 of Indt; det uncontested; ptms due 8/4/05; cnsl advised of trial date of 9/8/05. cc: USA, R. HERZ, USM, USPO, Judge Sedwick |
| 16 - 1 | 07/13/05 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, R. HERZ, USM, USPO |
| 17 - 1 | 07/13/05 | [Re: DEF 2] JDR Order regarding preparation for trial; ptms due 8/4/05; cnsl to meet and confer by 7/14/05.  cc: USA, R. HERZ |
| 18 - 1 | 07/13/05 | DEF 1 Attorney Appearance of J. Murtagh. |
| 19 - 1 | 07/14/05 | [Re: DEF 1] PLF 1 Disc Conference Certificate. |
| 20 - 1 | 07/14/05 | [Re: DEF 2] PLF 1 Disc Conference Certificate. |
| 21 - 1 | 07/14/05 | [Re: DEF 1] CJA 20 appointment of J. Murtagh. |
| 22 - 1 | 07/14/05 | [Re: DEF 2] CJA 20 appointment of R. Herz. |
| 23 - 1 | 07/15/05 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 9/8/05 @ 9:00 a.m. & FPTC on 9/8/05 @ 8:30 a.m. cc: USA, J. Murtagh, R. Herz, USM, USPO, MJ Roberts, JC |
| 24 - 1 | 07/21/05 | {SEALED} |
| 25 - 1 | 07/21/05 | DEF 1 Unopposed to declare case complex pursuant to USC 3161(h)(8)(B)(ii) and to continue trial. |
| 26 - 1 | 07/22/05 | [Re: DEF 1-2] JWS Order a hrg on def's non-opposed motion to declare case complex and to continue trial dkt 25 is set for 7/28/05 at 9:00 a.m.   cc: AUSA, J. Murtagh, R. Herz, USM, USPO, MJ Roberts |
| 27 - 1 | 07/28/05 | [Re: DEF 1-2] JWS Court Minutes [ECR: Caroline Edmiston] granting motion Unopposed to declare case complex and to continue trial (25-1);  re: Hearing on Non-Opposed Motion to Declare Case Complex and to Continue Trial (DKT 25); Court found excludable delay under 18 U.S.C. Section 3161 (h)(8)(A)(B) Continuance granted; (h)(8)(B)(i) Failure to continue would top further proceedings or result in miscarriage of justice and (h)(8)(B)(ii) Case unusual or complex; FPTC & TBJ set 09/09/05 at 8:30 and 9:00 a.m. Vacated; FPTC & TBJ set 11/02/05 at 8:30 a.m. and 9:00 a.m.; court directed parties to confer with MJ Roberts re amending pretrial motion deadlines; Defendant's detention continued. CC: USA, J. Murtagh, R. Herz, USM, USPO, Magistrate Judge Roberts, Jury Clerk. |
| 28 - 1 | 07/29/05 | {SEALED} |
| 29 - 1 | 07/29/05 | DEF 2 motion (request) for bail hearing. |
| 28 - 2 | 08/01/05 | {SEALED} |
| 30 - 1 | 08/01/05 | [Re: DEF 2] TWH Order granting motion (request) for bail hearing (29-1). Bail hrg is set for 8/3/05 at 2:30 p.m. in courtroom #6.  cc: AUSA, R. Herz, USM, UPSO, MJ Roberts |
| 24 - 2 | 08/02/05 | {SEALED} |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                   "USA V GLADE R. LUSK ET AL"

                                         For all filing dates


 Document #     Filed      Docket text

    31 -   1  08/02/05   DEF 2 motion on shortend time to vacate bail heariing & reset for later
                         date .

    32 -   1  08/03/05   [Re: DEF 2] TWH Order granting motion on shortend time to vacate 8/3/05
                         bail hearing (31-1); Bail Hrg RESET for 8/11/05 at 9:30 a.m. cc: USA, R.
                         Herz, USM, USPO

    33 -   1  08/08/05   DEF 1-2 motion (joint) to reset PTM's scheduled due to continuance of
                         trial.

    34 -   1  08/09/05   [Re: DEF 1-2] JWS Minute Order re planning conference set for 8/11/05 at
                         10:0 a.m. cc: USA, J. Murtagh, R. Herz, USM, USPO

    35 -   1  08/11/05   [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] re Bail Review
                         Hearing (held 8/11/05); witnesses heard; court ruled; def's detention
                         continued; witness list att.  cc:  USA, R. Herz, USM, USPO, Judge
                         Sedwick

    36 -   1  08/11/05   [Re: DEF 1-2] JDR Court Minutes [ECR: Linda Christensen] re Planning
                         Conference (held 8/11/05); PTMs due date extended to 9/14/05. cc:  USA,
                         J. Murtagh, R. Herz, Judge Sedwick

    37 -   1  08/11/05   [Re: DEF 1-2] JDR AMENDED Order regarding preparation for trial; PTMs
                         due date extended to 9/14/05.  cc:  USA, J. Murtagh, R. Herz

    38 -   1  09/14/05   DEF 1 motion to sever defendants: Bruton w/att exh.

    39 -   1  09/14/05   DEF 1 Unopposed motion for an order granting an additional 7 days (until
                         9/21/05) to file defense motion to suppress proceeds of search warrant
                         execution w/att aff.

    40 -   1  09/14/05   DEF 2 Unopposed motion for an extension of time until 9/23/05 to file
                         additional motions.

    41 -   1  09/14/05   DEF 2 motion to suppress defendant's statements w/att memo.

    42 -   1  09/14/05   DEF 2 motion to sever defendant's case.

    43 -   1  09/14/05   DEF 2 motion to suppress: unlawful search of apartment & medical records
                         w/att memo.

    44 -   1  09/16/05   [Re: DEF 1] JDR Order granting unopposed motion for an order granting an
                         additional 7 days (until 9/21) to file mot to suppress proceeds of SW
                         execution (39-1). cc: USA, J. Murtagh

    45 -   1  09/16/05   [Re: DEF 2] JDR Order granting unopposed motion for an extension of time
                         until 9/21/05 to file additional motiosn (40-1). cc: USA, R. Herz

    46 -   1  09/16/05   [Re: DEF 2] JDR Minute Order re evident hrg on mot to suppress (43-1)
                         set for 10/3/05 at 10:00 a.m.; evident hrg on mot to suppress (41-1) set
                         for 10/3/05 at 1:30 p.m. cc: USA, R. Herz, USM, USPO

    47 -   1  09/16/05   {SEALED}

    48 -   1  09/16/05   {SEALED}
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                 "USA V GLADE R. LUSK ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 49 - 1 | 09/20/05 | DEF 2 motion on shortened time to ext time to file supp briefing on mot to suppress: unlawful search of aprtment & medical records. |
| 50 - 1 | 09/20/05 | DEF 2 motion on shortened time to reschedule evidentiary hearing. |
| 51 - 1 | 09/21/05 | [Re: DEF 2] JDR Order granting motion on shortened time to reschedule evidentiary hearing (50-1); evident hrg set for 10/3/05 at 10:00 a.m. re doc #43 is RESET for 10/5/05 at 10:00 a.m.; evident hrg set for 10/3/05 at 1:30 p.m. re doc #41 will proceed as scheduled cc: USA, R. Herz, USM, USPO |
| 52 - 1 | 09/21/05 | [Re: DEF 2] JDR Order granting motion on shortened time to ext time to file supp briefing on mot to suppress: unlawful search of apartment & medical records (49-1); supp briefing due 9/28/05. cc: USA, R, Herz |
| 53 - 1 | 09/23/05 | DEF 2 Unopposed motion to accept defendant's motion as late filed w/att prop mot to dismiss indt. |
| 54 - 1 | 09/23/05 | [Re: DEF 2] PLF 1 opposition (response) to DEF 2 motion to sever defendant's case (42-1). |
| 55 - 1 | 09/26/05 | [Re: DEF 2] JDR Order granting unoppo mot to accept def's mot as late fld (53-1). cc: USA, J. Murtagh, R. Herz |
| 56 - 1 | 09/26/05 | DEF 2 motion to dismiss indictment w/att memo & exhs. |
| 57 - 1 | 09/26/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever defendants: Bruton (38-1). |
| 58 - 1 | 09/27/05 | DEF 1 joinder to DEF 2 motion to suppress: unlawful search of apartment & medical records (43-1) . |
| 59 - 1 | 09/27/05 | DEF 1 joinder to DEF 2 motion to dismiss indictment (56-1). |
| 60 - 1 | 09/28/05 | Initial R&R re: DEF 1 motion to sever defendants: Bruton (38-1); Recommended be denied; Objections due NOON 10/07/05. Reply due NOON 10/13/05. cc: USA, J. Murtagh, R. Herz, Judge Sedwick |
| 60 - 2 | 09/28/05 | Initial R&R re: DEF 2 motion to sever defendant's case (42-1); Recommended be denied; Objections due NOON 10/07/05. Reply due NOON 10/13/05. cc: USA, J. Murtagh, R. Herz, Judge Sedwick |
| 61 - 1 | 09/29/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress defendant's statements (41-1). |
| 62 - 1 | 09/29/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress: unlawful search of apartment & medical records (43-1). |
| 63 - 1 | 09/30/05 | [Re: DEF 1-2] PLF 1 (response) opposition to DEF 2 motion to dismiss indictment (56-1) w/att exhs. |
| 64 - 1 | 10/04/05 | [Re: DEF 1-2] JDR Minute Order re evident hrg on mot to suppress (43-1) prev set for 10/5 is VACATED. cc: USA, J. Murtagh, R. Herz, USM, USPO |
| 65 - 1 | 10/04/05 | [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Evid Hrg on Deft's Motion to Suppress Deft's Statements (held 10/3/05); re Motn to Suppress Search (dkt 43) govt to file search warrants by 10/6/05; |

Case 3:05-cr-00052-RRB    Document 99    Filed 06/21/2005    Page 7 of 9
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
"USA V GLADE R. LUSK ET AL"

For all filing dates

```
Document #   Filed       Docket text
─────────────────────────────────────────────────────────────────────────────
                         response by 10/7/05; matter continued to 10/7/05 at 10:00 a.m.  cc: USA,
                         R. Herz, USM, USPO, J. Murtagh

  66 -   1   10/05/05    [Re: DEF 2] JDR Minute Order continued evidentiary hrg re ckt 41 is set
                         for 10/6/05 at 3:30 p.m. in Courtroom #6.  cc: AUSA, R. Herz, USM, USPO

  67 -   1   10/06/05    {SEALED}

  68 -   1   10/06/05    Initial R&R re: DEF 2 motion to dismiss indictment (56-1); Recommending
                         be denied; Objections due NOON 10/14/05. Reply due NOON 10/19/05. cc:
                         USA, J. Murtagh, R. Herz, Judge Sedwick

  69 -   1   10/07/05    [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Cont. Evid Hrg
                         on Deft's Motion to Suppress Deft's Statements (held 10/6/05);
                         transcript ordered; continued to 10/7/05 at 10:00 am.  cc: USA, R. Herz,
                         USM, USPO

  70 -   1   10/11/05    [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Cont Evid Hrg on
                         Deft's Mot to Suppress Deft's Statements (held 10/7/05); written closing
                         arguments due 10/15/05; optional reply due by COB 10/19/05.  cc: USA, R.
                         Herz, Judge Sedwick

  71 -   1   10/11/05    [Re: DEF 2] JDR Amended Court Minutes [ECR: Elisa Singleton] re Cont.
                         Evidentiary Hearing on Deft's Mot to Suppress Deft's Stmts (held
                         10/7/05); dkt 67 sealed; written closing arguments due 10/15/05; written
                         reply due cob 10/19/05.  cc: USA, R. Herz, Judge Sedwick

  72 -   1   10/11/05    DEF 1 Notice of continued unavailability of cnsl for Lusk for trial date
                         of 11/2/05.

  72 -   2   10/11/05    DEF 1 motion for status hearing before the District Court.

  73 -   1   10/13/05    [Re: DEF 1-2] JWS Minute Order terminating in light of this ord: mot to
                         sever defs: Bruton (38-1), mot to sever def's case (42-1). cc: USA, J.
                         Murtagh, R. Herz, MJ Roberts

  74 -   1   10/13/05    [Re: DEF 1-2] JWS Minute Order granting mot for stat hrg before the
                         District Court (72-2); stat conf set 10/17/05 @ 9:30 a.m.; defs may
                         appear telephonically. cc: USA, J. Murtagh, R. Herz, USM, USPO

  75 -   1   10/14/05    [Re: DEF 2] PLF 1 Unopposed motion on shortened time to extend time to
                         submit written closing arguments w/att memo.

  76 -   1   10/17/05    [Re: DEF 2] JDR Minute Order granting unopposed motion on shortened time
                         to extemd time to submit written closing arguments (75-1); written
                         closing arguments due 10/18/05; replies due 10/21/05. cc: USA, R. Herz

  77 -   1   10/17/05    [Re: DEF 1-2] JWS Court Minutes [ECR: Elisa Singleton] re Status Conf
                         (held 10/17/05); tbj set for 11/2/05 vacated and reset to 12/5/05; FPTC
                         set for 8:30 am, tbj set for 9:00 a.m.; crt found excludable delay.  cc:
                         USA, J. Murtagh, R. Herz, USM, USPO, Jury Clerk, Judge Roberts

  78 -   1   10/18/05    [Re: DEF 1-2] JWS Order adopting R&R; denying mot to dismiss indt (56-1)
                         & joinder (59-1). cc: USA, J. Murtagh, R. Herz, MJ Roberts

  79 -   1   10/18/05    [Re: DEF 2] PLF 1 written final argument to DEF 2 motion to suppress
                         defendant's statements (41-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                 "USA V GLADE R. LUSK ET AL"

                                    For all filing dates


 Document #    Filed     Docket text

    80 -   1   10/19/05  [Re: DEF 2] Transcript re Evid. Hrg on Deft's Mot to Suppress Deft's
                         Statements - 1st day (held 10/3/05).

    81 -   1   10/19/05  [Re: DEF 2] Transcript re Cont Evid Hrg on Deft's Mot to Suppress Deft's
                         Statements - 2nd day (held 10/6/05).

    82 -   1   10/19/05  [Re: DEF 2] Transcript re Cont Evid Hrg on Deft's Mot to Suppress Deft's
                         Statements - 3rd day (held 10/7/05).

    83 -   1   10/21/05  Initial R&R re: DEF 2 motion to suppress: unlawful search of apartment &
                         medical records (43-1); Recommended be denied; Objections due NOON
                         11/04/05. Reply due NOON 11/10/05. cc: USA, J. Murtagh, R. Herz, Judge
                         Sedwick

    84 -   1   10/24/05  DEF 2 Unopposed motion to accept reply in support of motion to suppress
                         statements as late filed w/att prop reply.

    85 -   1   10/26/05  [Re: DEF 2] JDR Order granting unopposed motion to accept reply in
                         support of motion to suppress statement (84-1). cc: USA, R. Herz

    86 -   1   10/26/05  DEF 2 reply argument re motion to suppress defendant's statements
                         (41-1).

    87 -   1   11/01/05  Initial R&R re: DEF 2 motion to suppress defendant's statements (41-1);
                         Objections due NOON 11/14/05. Reply due NOON 11/18/05. cc: USA, R. Herz,
                         Jude Sedwick

    88 -   1   11/01/05  {SEALED}

    89 -   1   11/01/05  {SEALED}

    90 -   1   11/02/05  {SEALED}

    91 -   1   11/02/05  {SEALED}

    92 -   1   11/07/05  {SEALED}

    92 -   2   11/09/05  {SEALED}

    93 -   1   11/10/05  {SEALED}

    94 -   1   11/14/05  [Re: DEF 1-2] JWS Minute Order adopting R&R & denying mot to suppress:
                         unlawful search of apartment & medical records (43-1). cc: USA, J.
                         Murtagh, R. Herz, MJ Roberts

    93 -   2   11/17/05  {SEALED}

    95 -   1   11/21/05  DEF 1 motion (expedited) for status hearing.

    96 -   1   11/22/05  [Re: DEF 1-2] RRB Minute Order granting mot (expedited) for stat hrg
                         (95-1); stat hrg set before Judge Beistline on 11/23/05 @ 9:00 a.m.. cc:
                         USA, J. Murtagh, R. Herz, USM, USPO, Judge Sedwick

    97 -   1   11/23/05  [Re: DEF 1-2] RRB Court Minutes [ECR: Linda Christensen] re Status Hrg
                         (held 11/23/05); TBJ set for 12/5/05 vacated; crt granted plt Rule 13
                         mot for joint trial and defts joinder in A05-0107 CR (RRB); crt to
                         confer w/Judge Sedwick; order to be issued advising cnsl of name of

 ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                       Page 6
```

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                   "USA V GLADE R. LUSK ET AL"

                                         For all filing dates

Document #    Filed       Docket text
_____    _____       _____
                          trial judge, new trial date in Jan 2006 and date for FPTC.  cc:  USA, J.
                          Murtagh, R. Herz, H. FLeischer, USM, USPO, MJ Roberts, Judge Sedwick

   98 -   1   11/30/05    [Re: DEF 1-2] JWS Minute Order reassigning case to Judge Beistline for
                          all further proceedings; use case number A05-0052 CR (RRB) on all future
                          filings. cc: USA, J. Murtagh, R. Herz, USM, USPO, MJ Roberts

   99 -   1   11/30/05    (CERTIFIED COPY)[Re: DEF 1-2] All future filings to be filed in A05-0107
                          CR (RRB).  RRB Minute Order request that case A05-0107 CR (RRB) and
                          A05-052 CR (JWS) be joined is granted.
```