IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MATTHEW J. O'CONNER, ) | Case No.:   A05-0052 CR. (JWS) |
| ) | |
| Defendant. ) | |
| _____) | |

## NON-OPPOSED AND JOINT MOTION TO CONTINUE SENTENCING AND REQUEST FOR SCHEDULING CONFERENCE HEARING

Defendant, Matthew J. O'Conner, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court to continue the sentencing that is presently scheduled in this matter for March 13, 2006. This motion is non-opposed by the government and co-defendant Lusk.

All parties jointly request that the court continue sentencing for a later date to allow the probation officer additional time to prepare the pre-sentence report. U.S.P.O Tim Astle has requested additional time to prepare the report. In addition, members of Mr. O'Connor's immediate family can not attend the sentencing as presently scheduled. Assistant U.S. Attorney, Crandon Randell has non-opposed this motion and counsel has spoken with attorney John Murtagh who also non-opposed this request. All parties have agreed that sentencing be continued until the last week in April, 2006 if that time is available and convenient to the court.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, this 17th day of January, 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on January 17, 2006, a copy of the foregoing Non-Opposed Joint Motion was served electronically on Assistant United States Attorney Crandon Randall and Thomas Bradley and via fax to John Muragh @ 258-6419 and Hugh Fleischer @ 264-6602.
s/ Robert Herz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| MATTHEW J. O'CONNER, ) | Case No.:   A05-0052 CR. (JWS) |
| Defendant. ) | |

### **ORDER**

Based upon request filed by Matthew J. O'Conner and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Non-Opposed and Joint Motion is GRANTED. The Sentencing is continued to _____, 2006 at _____a.m./p.m. and a scheduling conference hearing is scheduled for the ___ day of _____, 2006 at _____ a.m./p.m.

DONE at Anchorage, Alaska, this _____ day of _____ 2006.

_____
JUDGE OF THE DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net