UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   MATTHEW J. O'CONNER  

DATE:   March 14, 2006      CASE NO.   3:05-CR-0107-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE MOTION TO CONTINUE SENTENCING**

---

Given the fact that sentencing has been continued at least once in this matter, and further considering the agreement of the parties regarding the sentence, and further because this sentencing is set in conjunction with <u>USA v Lusk</u>, sentencing will not be continued absent the consent of all involved in both cases.

M.O. RE MOTION TO CONTINUE SENTENCE